IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHNNIE MOYA,

   Plaintiff,

v.                                    No. 2:24-cv-00369-GBW-KRS

UNITED STATES OF AMERICA,

   Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE, ASSOCIATED DEADLINES, AND REQUEST FOR STATUS CONFERENCE

This matter came before the Court on Defendant's Unopposed Motion to Vacate Settlement Conference, Associated Deadlines, and Request for Status Conference (the "Motion"), filed August 5, 2025. (Doc. 42). Having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised on the premises, the Court finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the settlement conference previously scheduled for August 21, 2025, is hereby **VACATED** along with all associated deadlines. *See* (Doc. 35). The Court will enter a separate order regarding the request for a status conference.

**IT IS SO ORDERED.**

                                                    _____
                                                   KEVIN R. SWEAZEA
                                                   UNITED STATES MAGISTRATE JUDGE