IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHNNIE MOYA,

    Plaintiff,

v.                          No. 2:24-cv-00369-GBW-KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY SETTLEMENT CONFERENCE AND SETTLEMENT-RELATED DEADLINES

This matter came before the Court on Defendant's Unopposed Motion to Stay Settlement Conference and Settlement-Related Deadlines (the "Motion"), filed December 30, 2025. (Doc. 51). Having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised on the premises, the Court finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the settlement conference previously scheduled for January 13, 2026, is hereby **VACATED** along with all associated deadlines. *See* (Doc. 48). The Court will enter a separate order regarding Defendant's request for a status conference.

**IT IS SO ORDERED.**

                                         _____
                                         KEVIN R. SWEAZEA
                                         UNITED STATES MAGISTRATE JUDGE